**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NEELAM DILWORTH,           :    No. 4 MM 2020

           Petitioner         :

           v.                   :

JULIA MALLOY-GOOD, MASTER, JUDGE   :
KATHERINE B. L. PLATT,         :

           Respondents      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Quo Warranto" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.